# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-968
_____

THE ESTATE OF JOSEPH F. DUNN,
AND THE SUCCESSOR TRUSTEE
OF JOSEPH F. DUNN REVOCABLE
LIVING TRUST, JAMES DUNN,
personal representative and
successor trustee,

Appellants,

v.

GREEN & GREEN LAW FIRM, P.A.,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
David Rimmer, Judge.

January 3, 2019

PER CURIAM.

AFFIRMED.

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

James Benton Stewart, II, of Stewart Law P.L.L.C., Riverview and Elaine L. Thompson, Tampa, for Appellants.

Kathryn L. Ender and Lissette M. Gonzalez of Cole, Scott & Kissane, P.A., Miami, for Appellee.